## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Tramale Lockett,                                    :
                           Petitioner               :
                                                    :
            v.                                       :
                                                    :
Pennsylvania Board                                  :
of Probation and Parole,                            :      No. 1453 C.D. 2015
                           Respondent               :

PER CURIAM
                        O R D E R

            AND NOW, this 29th day of June, 2016, it is ORDERED that the above-captioned opinion filed May 4, 2016, shall be designated OPINION PER CURIAM rather than MEMORANDUM OPINION PER CURIAM, and it shall be reported.